| | |
|---|---|
| 1 | BRENDA H. ENTZMINGER |
| | Nevada Bar No. 9800 |
| 2 | LARA L. MILLER |
| | Nevada Bar No.12618 |
| 3 | **PHILLIPS, SPALLAS & ANGSTADT LLC** |
| | 504 South Ninth Street |
| 4 | Las Vegas, Nevada 89101 |
| 5 | (702) 938-1510 |
| 6 | *Attorneys for Defendant* |
| | *Wal-Mart Stores, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MS. KELLIANN STREET, individually, | Case No.:  2:12-CV-00607-RLH-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., d/b/a Wal-Mart, a Nevada Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 23 day of J_____, 2013.            DATED this 29TH day of JANUARY, 2013.

**BERNSTEIN & POISSON**                          **PHILLIPS, SPALLAS & ANGSTADT**

_____                   _____
Glen A. Howard, Esq.                             Lara L. Miller, Esq.
320 South Jones Boulevard                        504 South Ninth Street
Las Vegas, NV 89107                              Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                        *Attorneys for Defendant*
*Kelliann Street*                                *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 30th day of January, 2013.

_____
**U.S. DISTRICT COURT JUDGE**

- 2 -