1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  LARA L. MILLER
   Nevada Bar No.12618
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 | MS. KELLIANN STREET, individually, | Case No.: 2:12-CV-00607-RLH-VCF |
11 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
12 | v. | |
13 | WAL-MART STORES, INC., d/b/a Wal-Mart, a Nevada Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive, | |
14 | | |
15 | Defendants. | |

16
17     IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

party's own costs and attorney's fees.

DATED this 23 day of _____, 2013.          DATED this 29TH day of JANUARY, 2013.

**BERNSTEIN & POISSON**                        **PHILLIPS, SPALLAS & ANGSTADT**

_____                _____
Glen A. Howard, Esq.                           Lara L. Miller, Esq.
320 South Jones Boulevard                      504 South Ninth Street
Las Vegas, NV 89107                            Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                      *Attorneys for Defendant*
*Kelliann Street*                              *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 30th day of January, 2013.

_____
**U.S. DISTRICT COURT JUDGE**